FREDERICK K. FISH, appellant,

*v.*

THE HARRISON MILLING COMPANY et al., respondents.

[Decided May 3d, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *87 N. J. Eq. 103.*

*Mr. Edward Maxson,* for the appellant.

*Messrs. Church & Harrison,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, GARDNER—11.

*For reversal*—None.